UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Armando Lisasuain

   v.                          Case No. 19-cv-593-PB

Paula Mattis, et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 11, 2021, and dismiss the claims identified in the R&R as Claims 2(a), 2(b), 3(a), and 3(b), for failure to state a claim upon which relief can be granted; and defendants Paula Mattis, Debra Robinson, and Daryl Bazydlo are dropped as parties.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                              /s/Paul Barbadoro_____
                                              Paul Barbadoro
                                              United States District Judge

Date: March 10, 2021

cc: Armando Lisasuain pro se